IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JESSICA FRIEDEBORN,

      Petitioner,

v.                                Case No. 5D17-3814

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 2, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jessica Friedeborn, Ocala, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 15, 2017, judgments and sentences in Case No. 17-CF-1152 in the Circuit Court in and for Marion County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., PALMER and TORPY, JJ., concur.